UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD WHITE, | No.  2:14-cv-1972 KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SACRAMENTO COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

In response to this court's order filed September 11, 2014, plaintiff, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  For the following reasons, the court finds that plaintiff's current application is incomplete, and will require that plaintiff file another application to proceed in forma pauperis.

There are several discrepancies in the currently submitted documents.  <u>See</u> 28 U.S.C. § 1915(a)(2).  The certificate portion of the request, which must be completed by plaintiff's institution of incarceration, does not list the name of the institution.  Also, the signature on the certificate portion of the request is dated October 6, 2014, and appears to be signed by someone other than the official who signed the trust account statement dated September 24, 2014. Moreover, in addition to his own trust account statement, plaintiff has submitted a copy of a trust account statement belonging to an inmate named Oliver Wilson.

////

1

1     Plaintiff will be provided the opportunity to submit a new and fully completed in forma pauperis application, including a newly completed certificate (on page 2 of the application), and a new certified copy of plaintiff's prison trust account statement.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

    3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint; and

    4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: October 29, 2014

whit1972.3c+new

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE