UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD WHITE, | No. 2:14-cv-1972 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

By order filed November 14, 2014, plaintiff's complaint was dismissed and thirty days leave to file either an amended complaint or a petition for writ of habeas corpus was granted. (ECF No. 13.) More than thirty days from that date have now passed, and plaintiff has filed neither an amended complaint nor a petition for writ of habeas corpus, or otherwise responded to the court's order.

Plaintiff previously consented to the jurisdiction of the undersigned in this matter. (ECF No. 5.)

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: January 21, 2015

whit1972.fta

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1